## 37841. CRANE v. CRANE.

Judgment affirmed without opinion pursuant to Rule 59 of this court.

*Jordan, C. J., Hill, P. J., Marshall, Clarke, Smith and Gregory, JJ., concur.*

DECIDED SEPTEMBER 29, 1981.

*Sellers, Lane, Wilson & Atkinson, Dick Wilson, Jr.,* for appellant.
*Kirby Turnage,* for appellee.